UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL PERRY CARROLL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DARREN PATTERSON, SHARI RAY,<br>　　　　　　Defendants. | No. 3:19-CV-5699-RJB-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel (Dkt. 8) and the remaining record, does hereby find and ORDER:

(1)　The Court adopts the Report and Recommendation.

(2)　The Complaint is dismissed without prejudice for failure to prosecute this case. The Court finds an appeal would not be taken in good faith.

(3)　The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 19th day of December, 2019.

_Robert J. Bryan_
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1